LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone      (415) 646-7160
Facsimile      (415) 981-1270

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY B. DEAN, | ) Case No. C 06 1850 SBA |
| Plaintiff, | ) **STIPULATION AND REQUEST FOR** |
| vs. | ) **VOLUNTARY DISMISSAL OF** ) **JANSSEN, L.P., JANSSEN** |
| ASTRAZENECA PHARMACEUTICALS, *et al* | ) **PHARMACEUTICA INC., AND** ) **JOHNSON & JOHNSON** |
| Defendants. | ) |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: June 28, 2006                           Dated: June 28, 2006

LEVIN SIMES KAISER & GORNICK LLP               DRINKER BIDDLE & REATH LLP

_____               _____
Emily M. Charley                               Charles F. Preuss
Attorneys for Plaintiff                        Steven M. Selna
                                               Owen J. Rescher
                                               Attorneys for Defendants
                                               Janssen, L.P., Janssen Pharmaceutica Inc., and
                                               Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/5/06 _____        _____
                             United States District Court

VOLUNTARY DISMISSAL                                                    PAGE 1